UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20813-CIV-MARTINEZ/OTAZO-REYES

DANIEL GOLDBERG,

    Plaintiff,

v.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to the Court's Order Rejecting Magistrate Judge's Report and Recommendation and granting the Defendant's Motion for Summary Judgment, it is

**ORDERED AND ADJUDGED** that Plaintiff, DANIEL GOLDBERG, takes nothing by this action and that Defendant, FLORIDA INTERNATIONAL UNIVERSITY BOARD OF TRUSTEES, shall go hence without day. The Court reserves jurisdiction on the issue of attorney's fees and costs.

**DONE AND ORDERED** in Chambers in Miami, Florida this 13th day of April, 2020.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE