UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:18-CV-20813-MARTINEZ-OTAZO-REYES

DANIEL GOLDBERG,

   Plaintiff,
vs.

FLORIDA INTERNATIONAL UNIVERSITY
Board of Trustees,

   Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that, Daniel Goldberg, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order [DE 89] Rejecting [DE 83] Report and Recommendations on [DE 37] Motion for Summary Judgement filed by Florida International University, and granting Motion for Summary Judgment, said Order entered on April 10, 2020, and the corresponding Final Judgment [DE 90] entered on April 14, 2020.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **16th day of April, 2020**, I electronically filed the forgoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    Respectfully submitted,

LAW OFFICES OF

SHAWN L. BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300
Fort Lauderdale, Florida  33394
Tel:   (954) 990-4459
Fax:   (954) 990-4469
Email: sbirken@birken-law.com

By:__/s/Shawn L. Birken_____
SHAWN L. BIRKEN
Florida Bar No.: 418765

**SERVICE LIST**
**Goldberg vs. FIU**
**18-cv-20813-Martinez-Otazo-Reyes**

| | |
|---|---|
| Shawn L. Birken, Esq.<br>Florida Bar No.: 418765<br>Email:   sbirken@birken-law.com<br>LAW OFFICES OF<br>SHAWN L. BIRKEN, P.A.<br>100 SE 3rd Avenue, Suite 1300<br>Fort Lauderdale, Florida  33394<br>Direct Dial: 954-990-4459<br>Fax: 954-990-4469<br>Co-Counsel for Plaintiff<br>Via CM/ECF<br><br>David M. Adelstein, Esq.<br>Florida Bar No. 647314<br>Email: dma@kirwinnorris.com<br>KIRWIN NORRIS, P.A.<br>1 West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Phone: 954-361-4720<br>Co-Counsel for Plaintiff<br>Via CM/ECF | Eric D. Isicoff, Esq.<br>Florida Bar No. 372201<br>Email: Isicoff@irlaw.com<br>Teresa Ragatz, Esq.<br>Florida Bar No. 545170<br>Email: ragatz@irlaw.com<br>Christopher M. Yannuzzi, Esq.<br>Florida Bar No. 92166<br>Yannuzzi@irlaw.com<br>ISICOFF RAGATZ<br>601 Brickell Key Drive, Suite 750<br>Miami, Florida 33131<br>Phone: 305-373-3232<br>Fax: 305-373-3233<br>Counsel for Defendant<br>Via CM/ECF |