UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20813-CIV-MARTINEZ/OTAZO-REYES

DANIEL GOLDBERG,

    Plaintiff,

v.

FLORIDA INTERNATIONAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.

_____/

## ORDER

**THE MATTER** comes before the Court upon Defendant's Motion for Costs (DE 94). This matter was referred to the Honorable Alicia M. Otazo-Reyes for appropriate disposition pursuant to 28 U.S.C. § 636. (DE 100). Judge-Otazo-Reyes recommended that the motion be granted in part, and that Defendant be awarded $7,037.72 as costs of this action, plus interest pursuant to 28 U.S.C. § 1961, which shall accrue at the statutory rate from April 13, 2020, the date of entry of Final Judgment, to the date of payment. (DE 103). Neither party objected. Accordingly, after careful consideration, it is

**ORDERED AND ADJUDGED** that Judge Otazo-Reyes' Report and Recommendation (DE 103) is **AFFIRMED AND ADOPTED**. Defendant's Motion for Costs (DE 94) is **GRANTED** as set forth in the report.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of January, 2021.

                                                                         JOSE E. MARTINEZ
                                                                         UNITED STATES DISTRICT JUDGE